IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
ORTHO BIOTECH PRODUCTS, L.P.,               :
                                            :
                        Plaintiff,          :
                                            :   Civ. No.: 05-4850 (SRC-MAS)
            - v -                           :   In the District of New Jersey
                                            :
AMGEN INC. and AMGEN USA INC.,              :
                                            :
                        Defendants.         :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**PLAINTIFF ORTHO BIOTECH PRODUCTS, L.P.'S MOTION TO
COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO HEALTHCORE**

Plaintiff Ortho Biotech Products, L.P. ("Ortho"), by and through its undersigned attorneys, hereby moves, pursuant to Federal Rules of Civil Procedure 37(a)(1) and 45(c)(2)(B) for an order to compel HealthCore to produce a witness to testify at deposition and documents requested by the subpoena issued by Plaintiff on February 29, 2008, and for such other and further relief as the Court may deem just and proper.

The basis for this motion is more fully set forth in the accompanying Memorandum of Law and declaration of Sarah E. Zgliniec with its exhibits.

Counsel for Ortho certifies that the subject matter of this motion was discussed with counsel for HealthCore, but that an agreement could not be reached.

{00217476;v1}

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Ortho Biotech Products, L.P.*

*Of Counsel:*

William F. Cavanaugh, Jr.
Erik Haas
Sarah E. Zgliniec
A. Leah Vickers
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

Dated: May 16, 2008

{00217476;v1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2008, the attached **PLAINTIFF ORTHO BIOTECH PRODUCTS, L.P.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO HEALTHCORE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Maya Eckstein, Esquire<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond VA  23219-4074 | <u>VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

{00217480;v1}