IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORTHO BIOTECH PRODUCTS, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-mc-0095-UNA |
| | ) | |
| AMGEN INC. et al., | ) | C.A. No. 05-4850 (SRC-MAS) |
| | ) | In the District of New Jersey |
| Defendants. | ) | |
| | ) | |

## STIPULATION TO EXTEND TIME

Plaintiff and non-party Healthcore, Inc. hereby stipulate, subject to the approval of the Court, that Healthcore Inc.'s time to respond or object to plaintiff's motion to compel is extended to and including June 13, 2008.

ASHBY & GEDDES                          MORRIS NICHOLS ARSHT & TUNNELL LLP

By: */s/ Steven Balick*                 By: */s/ Donald E. Reid*
    Steven Balick (#2114)                   Donald E. Reid (#1058)
    500 Delaware Avenue, 8th Floor          1201 N. Market Street
    P. O. Box 1150                          P.O. Box 1347
    Wilmington, DE 19899                    Wilmington, DE 19899
    Tel: (302) 654-1888                     Tel.: (302) 658-9200
    sbalick@ashby-geddes.com                dreid@mnat.com

*Attorney for Plaintiffs*                *Attorneys for Healthcore, Inc.*

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge

2341895