## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ORTHO BIOTECH PRODUCTS, L.P.     )
     )
     Plaintiff,         )
     )
     v.          )     C.A. No. 1:08-mc-0095-JJF
     )
AMGEN INC. et al.,        )     C.A. No. 05-4850 (SRC-MAS)
     )     In the District of New Jersey
     Defendants.     )
     )

## STIPULATION TO EXTEND TIME

     Plaintiff and non-party Healthcore, Inc. hereby stipulate, subject to the approval of the Court, that Healthcore Inc.'s time to respond or object to plaintiff's motion to compel is further extended to and including July 1, 2008.

ASHBY & GEDDES          MORRIS NICHOLS ARSHT & TUNNELL LLP

By:  */s/ Steven Balick*         By:  */s/ Donald E. Reid*
     Steven Balick (#2114)         Donald E. Reid (#1058)
     500 Delaware Avenue, 8th Floor     1201 N. Market Street
     P. O. Box 1150          P.O. Box 1347
     Wilmington, DE 19899         Wilmington, DE 19899
     Tel: (302) 654-1888          Tel.: (302) 658-9200
     sbalick@ashby-geddes.com     dreid@mnat.com

*Attorney for Plaintiffs*         *Attorneys for Healthcore, Inc.*

     IT IS SO ORDERED this _____ day of _____, 2008.

                      _____
                      United States District Court Judge

2341895