IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORTHO BIOTECH PRODUCTS, L.P. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:08-mc-0095-JJF |
| AMGEN INC. et al., | ) C.A. No. 05-4850 (SRC-MAS) <br> ) In the District of New Jersey |
| Defendants. | ) |

### STIPULATION TO EXTEND TIME

Plaintiff and non-party Healthcore, Inc. hereby stipulate, subject to the approval of the Court, that Healthcore Inc.'s time to respond or object to plaintiff's motion to compel is further extended to and including July 1, 2008.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| By: /s/ Steven Balick <br> Steven Balick (#2114) <br> 500 Delaware Avenue, 8th Floor <br> P. O. Box 1150 <br> Wilmington, DE 19899 <br> Tel: (302) 654-1888 <br> sbalick@ashby-geddes.com | By: /s/ Donald E. Reid <br> Donald E. Reid (#1058) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Tel.: (302) 658-9200 <br> dreid@mnat.com |
| *Attorney for Plaintiffs* | *Attorneys for Healthcore, Inc.* |

IT IS SO ORDERED this 4 day of June, 2008.

_____
United States District Court Judge

2341895