IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORTHO BIOTECH PRODUCTS, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-mc-0095-JJF |
| | ) | |
| AMGEN INC. et al., | ) | C.A. No. 05-4850 (SRC-MAS) |
| | ) | In the District of New Jersey |
| Defendants. | ) | |
| | ) | |

## STIPULATION TO EXTEND TIME

Plaintiff and non-party Healthcore, Inc. hereby stipulate, subject to the approval of the Court, that Healthcore Inc.'s time to respond or object to plaintiff's motion to compel is further extended to and including July 22, 2008.

ASHBY & GEDDES                          MORRIS NICHOLS ARSHT & TUNNELL LLP


By:  */s/ Steven Balick*                By:  */s/ Donald E. Reid*
    Steven Balick (#2114)                      Donald E. Reid (#1058)
    500 Delaware Avenue, 8th Floor             1201 N. Market Street
    P. O. Box 1150                             P.O. Box 1347
    Wilmington, DE  19899                      Wilmington, DE  19899
    Tel:  (302) 654-1888                       Tel.:  (302) 658-9200
    sbalick@ashby-geddes.com                   dreid@mnat.com

*Attorney for Plaintiffs*                *Attorneys for Healthcore, Inc.*

IT IS SO ORDERED this _____ day of _____, 2008.


                             _____
                             United States District Court Judge

2341895