IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORTHO BIOTECH PRODUCTS, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-mc-0095-JJF |
| | ) | |
| AMGEN INC. et al., | ) | C.A. No. 05-4850 (SRC-MAS) |
| | ) | In the District of New Jersey |
| Defendants. | ) | |
| | ) | |

### STIPULATION TO EXTEND TIME

Plaintiff and non-party Healthcore, Inc. hereby stipulate, subject to the approval of the Court, that Healthcore Inc.'s time to respond or object to plaintiff's motion to compel is further extended to and including July 22, 2008.

ASHBY & GEDDES                                      MORRIS NICHOLS ARSHT & TUNNELL LLP

By:  /s/ Steven Balick                              By:  /s/ Donald E. Reid
     Steven Balick (#2114)                               Donald E. Reid (#1058)
     500 Delaware Avenue, 8th Floor                      1201 N. Market Street
     P. O. Box 1150                                      P.O. Box 1347
     Wilmington, DE 19899                                Wilmington, DE 19899
     Tel: (302) 654-1888                                 Tel.: (302) 658-9200
     sbalick@ashby-geddes.com                            dreid@mnat.com

*Attorney for Plaintiffs*                           *Attorneys for Healthcore, Inc.*

IT IS SO ORDERED this 24 day of June, 2008.

_____
United States District Court Judge

2341895