IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORTHO BIOTECH PRODUCTS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. 08-095-JJF |
| | ) | |
| v. | ) | (C.A. No. 05-4850(SRC-MAS) |
| | ) | in the United States District Court |
| AMGEN INC. and AMGEN USA INC., | ) | for the District of New Jersey) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION**

Please take notice that Ortho Biotech Products, L.P. hereby withdraws its motion to compel, opening memorandum, and supporting declaration (D.I.s 1-3, respectively) in the above action.

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Ortho Biotech Products, L.P.*

*Of Counsel:*
William F. Cavanaugh, Jr.
Erik Haas
Sarah E. Zgliniec
A. Leah Vickers
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2000

Dated: July 23, 2008

{00231616;v1}